**Order entered September 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00454-CR

## EX PARTE WILLIAM THOMAS NICHOLAS JR.

**On Appeal from the County Criminal Court No. 10
Dallas County, Texas
Trial Court Cause No. MC15-A-0588-L**

## ORDER

The Court **GRANTS** the State's September 18, 2015 motion to extend time to file its brief. We **ORDER** the State to file its brief by Monday, October 12, 2015. No further extensions will be granted.

We **DENY** as moot the State's September 17, 2015 motion to extend time to file its brief.

The appeal will be submitted without argument on **NOVEMBER 6, 2015** to a panel consisting of Justices Bridges, Francis, and Myers. *See* TEX. R. APP. P. 31.

We **DIRECT** the Clerk to send copies of this order to William Thomas Nicholas and to counsel for the State.

/s/     ADA BROWN
        JUSTICE